# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BONNIE BOZEMAN, Special Administratrix of            PLAINTIFF
the ESTATE OF ROBERT R. BOZEMAN

v.            NO. 3:04CV00123 JLH

SHAW WORD INDUSTRIES
FABRICATORS, INC., *et al.*            DEFENDANTS

## ORDER

Pursuant to Local Rule 83.5, Brian Walthart's petition to be permitted to appear and participate in this particular case is GRANTED.

IT IS SO ORDERED this 27th day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE