*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BONNIE BOZEMAN                                                                                PLAINTIFF

vs.                                           NO. 3:04CV00123 JLH

SHAW WORD INDUSTRIES
FABRICATORS, INC. and
ARROW TRUCKING                                                                              DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice. The cross-claim of separate defendant Shaw Word Industries Fabricators, Inc., against Arrow Trucking is also dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 15th day of March, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE